IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Civil Action No. 18-cv-1373-WJM

REALTIME DATA LLC, d/b/a IXO,

    Plaintiff,

v.

FACEBOOK, INC.,

    Defendant.
_____

## ORDER OF RECUSAL
_____

This matter is before the Court *sua sponte*. I have a direct financial interest in Defendant, Facebook, Inc., through ownership of Facebook common stock in my individual brokerage account. Pursuant to 28 U.S.C. §455(b)(4) and the Code of Conduct for United States Judges, my recusal in this matter is required.

Accordingly, I hereby RECUSE myself from hearing this matter. The Clerk shall randomly reassign this case to another District Judge of this Court.

Dated this 5th day of June, 2018.

BY THE COURT:

_____
William J. Martínez
United States District Judge