IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01373-RBJ

REALTIME DATA LLC d/b/a IXO,

    Plaintiff,

v.

FACEBOOK, INC.,

    Defendant.

## STIPULATED MOTION TO DISMISS

The Parties respectfully file this Stipulated Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff Realtime Data LLC d/b/a IXO ("Plaintiff") and Defendant Facebook, Inc. ("Defendant") have resolved Plaintiff's claims for relief against Defendant asserted in this case.

WHEREFORE Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice, with each party to bear all of its own attorneys' fees, costs of court and expenses.

| | |
|---|---|
| Dated: October 12, 2018 | Respectfully submitted, |
| *s/ C. Jay Chung* | *s/ Kathryn A. Reilly* |
| C. Jay Chung<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: 310/826-7474<br>Facsimile: 310/826-6991<br><br>Marc A. Fenster (CA SBN 181067)<br>Email: mfenster@raklaw.com<br>Brian D. Ledahl (CA SBN 186579)<br>Email: bledahl@raklaw.com<br>Reza Mirzaie (CA SBN 246953)<br>Email: rmirzaie@raklaw.com<br>Paul Kroeger (CA SBN 229074)<br>Email: pkroeger@raklaw.com<br>C. Jay Chung (CA SBN 252794)<br>Email: jchung@raklaw.com<br>Philip X. Wang (CA SBN 262239)<br>Email: pwang@raklaw.com<br><br>Attorneys for Plaintiff<br>Realtime Data LLC d/b/a IXO | Kathryn A. Reilly<br>Wheeler Trigg O'Donnell LLP<br>370 Seventeenth Street, Suite 4500<br>Denver, CO 80202-5647<br>Telephone: 303.244.1800<br>Facsimile: 303.244.1879<br>Email: reilly@wtotrial.com<br><br>Richard G. Frenkel<br>Lisa K. Nguyen<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008<br>Telephone: 650.328.4600<br>Facsimile: 650.463.2600<br>Email: rick.frenkel@lw.com<br>        lisa.nguyen@lw.com<br><br>Attorneys for Defendant<br>Facebook, Inc. |