IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01373-RBJ

REALTIME DATA LLC d/b/a IXO,

    Plaintiff,

v.

FACEBOOK, INC.,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

This matter comes before the Court on the parties' Stipulated Motion to Dismiss. The Court being fully advised in the premises and having reviewed the stipulated motion of counsel,

HEREBY ORDERS that the parties' Stipulated Motion to Dismiss is GRANTED. Plaintiff Realtime Data LLC d/b/a IXO ("Plaintiff") and Defendant Facebook, Inc. ("Defendant") have stated that they have resolved Plaintiff's claims for relief against Defendant asserted in this case and Defendant's claims and affirmative defenses against Plaintiff asserted in this case. It is therefore ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice. It is further ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SO ORDERED this __15th__ day of __October__, 2018.

_____
United States District Court Judge